THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* IVORY ADAMS, Defendant-Appellee.

(No. 56207; )

First District (2nd Division)—September 25, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel,) for the People.

James J. Doherty, Public Defender, of Chicago, (Darrell H. Fineman and James N. Gramenos, Assistant Public Defenders, of counsel,) for appellee.